No. 76–1084. GATES, CHAIRMAN, BOARD OF PAROLE OF CONNECTICUT, ET AL. v. DeLORENZO. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–1028. AZALEA DRIVE-IN THEATRE, INC., ET AL. v. SARGOY ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–5834. ROSENFELD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 76–6066. IN RE DONNELLY. C. A. 1st Cir. Certiorari and other relief denied.

No. 76–710. BOARD OF EDUCATION OF JEFFERSON COUNTY ET AL. v. NEWBURG AREA COUNCIL, INC., ET AL., 429 U. S. 1074;

No. 76–5550. TYLER v. RYAN ET AL., 429 U. S. 1076; and

No. 76–5951. HAMBURG v. WYOMING, 429 U. S. 1083. Petitions for rehearing denied.

No. 75–753. BOYD v. UNITED STATES, 424 U. S. 911; and

No. 76–5913. SANDERS v. UNITED STATES, 429 U. S. 1066. Motions for leave to file petitions for rehearing denied.

No. 76–753. BORRI v. SIVERSON, 429 U. S. 1078. Motion of petitioner for leave to proceed *in forma pauperis* granted. Petition for rehearing denied.